**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7635**

———————————

LEROY K. SMALLS,

Plaintiff - Appellant,

and

RUFUS MULDROW,

Plaintiff,

versus

MICHAEL MOORE, Director of Operations; P.
DOUGLAS TAYLOR, Warden; WILLIE EAGLETON, Asso-
ciate Warden; GEORGIA YEARWOOD, Associate
Warden,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CA-97-193-O-19BD)

———————————

Submitted:  April 29, 1998          Decided:  May 14, 1998

———————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

Leroy K. Smalls, Appellant Pro Se.  Alfred Johnston Cox, ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Smalls appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Smalls v. Moore</u>, No. CA-97-193-O-19BD (D.S.C. Oct. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We note that Rufus Muldrow, Smalls' co-Plaintiff below, is not a party to the appeal because he did not sign the notice of appeal. <u>See</u> Fed. R. App. P. 3(c).

2